WESTERN UNION TELEGRAPH COMPANY, *Plaintiff in Error,* v. JOHN A. MERRITT *et al., Defendants in Error.*

The concurrence of a majority of the members of the Supreme Court sitting as one body is necessary to a decision; but where the members of the court sitting in a cause on writ of error or appeal are equally divided, the judgment of the lower court should be affirmed, on the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51.

This case was decided by the court En Banc.

Writ of Error to the Circuit Court for Escambia County.

*J. E. Hartridge,* for Plaintiff in Error;

*Blount & Blount & Carter, for* Defendants in Error.

PER CURIAM.—In this case Mr. Chief Justice Whitfield, Mr. Justice Shackleford and Mr. Justice Parkhill are of the opinion that the judgment herein should be affirmed, while Mr. Justice Taylor, Mr. Justice Cockrell and Mr. Justice Hocker are of opinion that the judgment should be reversed. Under these circumstances, upon the authority of the decision in State *ex rel.* Hampton v. Mc-Clung, 47 Fla. 224, 37 South. Rep. 51, the judgment should be affirmed and it is so ordered.